# EXHIBIT A

Case 4:24-cv-00101   Document 1-1   Filed on 01/10/24 in TXSD   Page 1 of 5

EML

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 974999

Tracking Number: 74261557

CAUSE NUMBER: 202383049

| | |
|---|---|
| PLAINTIFF: PERRY, WILLIAM | In the 113th Judicial |
| vs. | District Court of |
| DEFENDANT: HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION BY SERVING THROUGH THE DIRECTOR OF CIVIL SERVICE MS JUTTA BROWDER

1310 PRAIRIE STE 680

HOUSTON TX 77002

   Attached is a copy of ORIGINAL PETITION APPEAL OF THE DECISION OF THE HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION.

This instrument was filed on November 30, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 1, 2023.



Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
BATTON, DAVID JAMES
3130 N FWY
HOUSTON, TX 77009
713-659-0005
Bar Number: 24124813

Tracking Number: 74261557

CAUSE NUMBER: 202383049

| | |
|---|---|
| PLAINTIFF: PERRY, WILLIAM | In the 113th |
| vs. | Judicial District Court |
| DEFENDANT: HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION | of Harris County, Texas |

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____
_____ of _____
County, Texas

_____  By: _____
           Affiant                              Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 \_\_\_\_\_

_____
Notary Public

EML

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 974999

Tracking Number: 74261559

CAUSE NUMBER: 202383049

| PLAINTIFF: PERRY, WILLIAM | In the 113th Judicial |
| --- | --- |
| vs. | District Court of |
| DEFENDANT: HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: HARRIS COUNTY TEXAS BY SERVING THROUGH THE HARRIS COUNTY JUDGE THE HONORABLE LINA HIDALGO

1001 PRESTON SUITE 911

HOUSTON TX 77002

Attached is a copy of ORIGINAL PETITION APPEAL OF THE DECISION OF THE HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION.

This instrument was filed on November 30, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 1, 2023.



Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
BATTON, DAVID JAMES
3130 N FWY
HOUSTON, TX 77009
713-659-0005
Bar Number: 24124813



RECEIVED DEC 11 2023 HARRIS COUNTY JUDGE LINA HIDALGO

Tracking Number: 74261559

CAUSE NUMBER: 202383049

| | |
|---|---|
| PLAINTIFF: PERRY, WILLIAM | In the 113th |
| vs. | Judicial District Court |
| DEFENDANT: HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____

_____ of _____

County, Texas

_____  By: _____
         Affiant                                 Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

_____
Notary Public