# EXHIBIT D

# Exhibit 2

Unofficial Copy Office of Marilyn Burgess District Clerk



# HARRIS COUNTY SHERIFF'S OFFICE

# DISCIPLINARY MATRIX

Unofficial Copy Office of Marilyn Burgess District Clerk

## Purpose

This procedure outlines the guidelines and expectations for the Harris County Sheriff's Office Administrative Disciplinary Committee's response to sustained complaints against employees. A discipline matrix aims to achieve consistency in discipline and eliminate the appearance of disparity. This matrix does not remove discretion; it provides a range of possible sanctions, thus providing transparency.

## Procedure

This matrix lists the most common Department Policy violations. It then provides sanction categories A through E. The least punitive sanctions are category A, with the sanctions becoming more significant as the categories progress to category E.

Each category lists recommended guidelines for sanctions. These guidelines are based on comparable sanctions for each violation. There are violations that are not covered in this matrix. There is expectation that employees will follow all policies. For violations not specified within this matrix, the Administrative Disciplinary Committee (ADC) will determine the sanctions.

After an allegation has been sustained, the ADC will perform the following steps:

1. Select a presumptive penalty consistent with the category,
2. Consider mitigating and aggravating factors, and
3. Agree or vote on the final discipline.

| Category A | Category B | Category C | Category D | Category E |
|---|---|---|---|---|
| Conduct violation in a single incident that has a minimal negative impact on the operations or reputation of the HCSO. Sanctions in this category are not considered discipline.<br><br>Sanction guidelines may include:<br><br>• Verbal Counseling<br>• Documented Counseling<br>• Employee Referral<br><br>A single sanction or a combination of the above listed sanctions may be deemed appropriate.<br><br>**Training** and **Probation** can be ordered in conjunction with any sanction listed. | Violations that have more than minimal impact on the operations or reputation of the HCSO or that negatively impact relationships with other employees, agencies, or the public.<br><br>Sanction guidelines may include:<br><br>• Verbal Counseling<br>• Documented Counseling<br>• Employee Referral<br>• Letter of Reprimand<br>• Suspension for 8 to 24 hours<br><br>A single sanction or a combination of the above listed sanctions may be deemed appropriate.<br><br>**Training** and **Probation** may be ordered in conjunction with any sanction listed. | Violations that have a pronounced negative impact on the operations or reputation of the HCSO or on relationships with other employees, agencies, or the public.<br><br>Sanction guidelines may include:<br><br>• Letter of Reprimand<br>• Suspension for 24 to 40 hours<br><br>A single sanction or a combination of the above listed sanctions may be deemed appropriate.<br><br>**Training** and **Probation** may be ordered in conjunction with any sanction listed. | Violations that are contrary to the core values of the HCSO or that involve a substantial risk of officer or public safety.<br><br>Sanction guidelines may include:<br><br>• Suspension for 40 to 120 hours<br>• Reduction in rank<br>• Termination<br><br>**Training** and **Probation** may be ordered in conjunction with any sanction listed. | Violations that are contrary to the core values of the of the HCSO. This includes acts of serious misconduct or of criminal conduct. This also involves any conduct that will effectively disqualify an employee from continued employment.<br><br>Sanction guidelines may include:<br><br>• Suspension for minimum of 120 to 160 hours<br>• Reduction in rank<br>• Termination<br><br>**Training** and **Probation** may be ordered in conjunction with any sanction listed. |

*The matrix categories may not be sequentially followed in cases where there may be multiple violations or in cases where there are particularly egregious circumstances. The matrix is considered a guideline only and it is within the Sheriff's discretion to deviate from the matrix based on the individual case.*

| Department Manual categories skipped have not had recent previous discipline associated. | | Category | | | | |
|---|---|---|---|---|---|---|
| | | A | B | C | D | E |
| 202 | **Discrimination in the Workplace** | | | | | |
| | A. Retaliation | | | X | X | X |
| | B. Discrimination | | | | X | X |
| | C. Harassment | | | | X | X |
| 203 | **Sexual Harassment and Misconduct** | | | | | |
| | III. Sexual Harassment | | | | | X |
| | IV. Sexual Misconduct | | | | | X |
| | V. Reporting Requirements | | | | X | X |
| 204 | **Drug and Alcohol Policy** | | | | | |
| | III. C. Possession, distribution, or sale of alcohol or illegal drugs while on duty | | | | | X |
| | III. C. Possession, distribution, or sale of alcohol or illegal drugs while on county property | | | | | X |
| | III. C. Possession, distribution, or sale of alcohol or illegal drugs while operating or riding in a county vehicle | | | | | X |
| | XII. Refusal to submit to drug or alcohol test | | | | | X |
| | XII. Failed drug or alcohol test | | | | | X |
| 208 | **Sick Leave** | | | | | |
| | II. E. Abuse of sick time | | X | X | X | X |
| | Feigning sickness | | X | X | | |
| 231 | **Internal Investigations** | | | | | |
| | III F. Failure to Cooperate | | | | | X |
| 240 | **Dress Code** | X | X | | | |
| 241 | **County Property** | | | | | |
| | IV. A. Shall not alter or repair, remove parts or accessories from county property | X | X | X | | |
| | IV. B. Willful or negligent abuse or destruction to county property | X | X | X | | |
| 303 | **Conduct Prohibited** | | | | | |
| | A. 1. Acceptance of Bribes | | | | | X |
| | A. 2. Criticism of Official Acts | X | X | X | X | X |
| | A. 3. Disorderly Conduct | | X | X | X | X |
| | A. 4. Emergency Equipment on POV | X | X | X | | |
| | A. 5. Fraternization and Socialization Prohibited | X | X | X | X | X |
| | A. 6. General Behavior | X | X | X | X | X |
| | A. 7. Indebtedness | | | | X | X |
| | A. 8. Representation of Supervisors | X | X | | | |
*Continued on next page…*

| *Department Manual categories skipped have not had recent previous discipline associated.* | | Category | | | | |
|---|---|---|---|---|---|---|
| | | A | B | C | D | E |
| | A. 9. Solicitation of Free Admissions, Favored Treatment, Services, or Merchandise | X | X | | | |
| | A. 10. Threatening, Abusive, Vulgar, or Insulting Language | | X | X | X | X |
| | A. 11. Inaccurate Communications | X | X | X | X | X |
| | A. 12. Intentionally Making a False Statement | | | X | X | X |
| | A. 13. Intentionally Making a False Official Statement | | | | | X |
| | A. 14. Incurring Indebtedness Against the Sheriff or Harris County | | | X | X | X |
| | A. 15. Interference with Criminal Justice System | | | | X | X |
| | A. 16. Recommendation of Lawyers or Bail Bondsman | | | | | X |
| | A. 17. Removal of Records | | | X | X | X |
| | A. 18. Sleeping on Duty | X | X | | | |
| | A. 19. Solicitation or Acceptance of Rewards, Loans, or Gifts | | X | X | X | X |
| | A. 20. Soliciting Influence | | | X | | |
| | A. 21. Use of Official Correspondence | X | X | | | |
| | A. 22. Use of Official HCSO Emblems or Logo | X | X | | | |
| | A. 23. Tampering with Evidence | | | X | X | X |
| | A. 24. Conflict of Interest - Multiple Commissions | | X | | | |
| | A. 25. Release of Confidential Information | X | X | X | X | X |
| | A. 26. Violation of Laws | | | | X | X |
| | A. 27. Driving While Intoxicated | | | | | X |
| | A. 28. Phone Usage | X | X | | | |
| 303 | **Additional Acts of Improper Conduct** | | | | | |
| | B. 1. Incompetence | | X | X | X | X |
| | B. 2. Inefficiency | X | X | | | |
| | B. 3. Insubordination | | X | X | X | X |
| | B. 4. Intoxication while on duty | | | | | X |
| | B. 5. Neglect of duty | | X | X | X | X |
| | B. 6. Negligent or willful misuse, loss, or damage of supplies, equipment, or public property | X | X | | | |
| | B. 7. Fraud in securing appointment | | | X | X | X |
| | B. 8. Dishonesty | | | X | X | X |
| | B. 9. Drug use or addiction to illegal drugs or substances | | | | | X |
| | B. 10. Conviction of a misdemeanor or felony | | | | | X |
| | B. 11. Verbal abuse of a detainee | | X | X | X | X |
| | B. 12. Physical abuse of a detainee | | | | | X |
| | B. 13. Failure to meet requirements for licensure by TCOLE | | | | X | X |
| | B. 14. Failure to achieve and maintain weapons proficiency | | X | X | X | |
| *Continued on next page…* | | | | | | |

| Department Manual categories skipped have not had recent previous discipline associated. | | Category | | | | |
|---|---|---|---|---|---|---|
| | | A | B | C | D | E |
| | B. 15. Willful violation of any of the rules set forth by the Department Manual or any applicable directive of a bureau or division | | X | X | X | X |
| 304 | **Obedience to Orders** | | | | | |
| | III. A. Violation, or willful disregard, of any lawful regulation or order made and given by a supervisor or other acting authority | | X | X | X | X |
| 305 | **Performance of Duty** | | | | | |
| | III. A. Attention to Duty | X | X | | | |
| | B. Cowardice | | X | X | X | X |
| | C. Discharge of Duties | | X | X | | X |
| | D. Efficiency | X | X | | | |
| | E. Failure to Perform Duty | | X | X | X | X |
| | F. Harmony and Cooperation | | X | X | | |
| | G. Specific Duties | | X | | | |
| 306 | **Attendance** | | | | | |
| | III. A. Absenteeism & Tardiness | X | X | | | |
| | B. Hours of Duty | X | X | | | |
| | C. Punctuality | X | X | | | |
| | D. Absence without proper leave | | X | X | X | |
| | E. Excessive Absenteeism | X | X | X | X | X |
| 307 | **Supervisor Responsibility** | | X | X | X | |
| 308 | **Duty to Safeguard Persons and Property** | | | | | |
| | A. Employee who has custody shall be responsible for the proper safeguarding of the person and property | | X | X | | |
| | B. Shall not use offensive, demeaning, or uncomplimentary terms of speech, threatening, or vulgar language when speaking or referring to a prisoner or inmate | | X | X | X | X |
| 309 | **Electronic Media Usage** | X | X | | | |
| 311 | **Political Activities** | X | X | | | |
| 312 | **Testimony** | | | | | |
| | B. Handling Subpoenas and Notification | X | X | | | |
| | C. Attire | X | X | | | |
| | D. Court Attendance | X | X | X | | |
| | F. Compliance with Subpoenas | X | X | X | | |
| 317 | **Social Media** | X | X | X | X | |
| 501 | **Use of Force** | | | | | |
| | Section V. Use of Force | | | | | |
| | A. Unreasonable Force | | | X | X | X |
| | B. Directed Force | | | X | X | X |
| | F. Automobiles | | | X | X | X |
| | *Continued on next page...* | | | | | |

| Department Manual categories skipped have not had recent previous discipline associated. | Category | | | | |
|---|:---:|:---:|:---:|:---:|:---:|
| | A | B | C | D | E |
| **Section VII. Duties and Responsibilities** | | | | | |
| **A.** Duty to Intervene | | | X | X | X |
| **B.** Duty to Render Aid | | X | X | X | X |
| **C.** Reporting Use of Force | | X | X | X | X |
| **D.** Reporting Observed Use of Force | | X | X | X | X |
| **E. 1.** Supervisor Reporting | | X | X | X | X |
| 502 **Less-Lethal Impact and Restraining Devices** | | X | X | | |
| 503 **Use of Conducted Electrical Device (CED)** | | | | | |
| **IV. B.** Training - Failure to recertify | X | X | | | |
| **VIII.** Restricted Use of TASER (CED) | | X | | | |
| **X.** Supervisor Responsibilities | | X | X | X | |
| **XI.** Improper Care of CED | X | X | | | |
| 504 **Use of Chemical Weapons** | | | | | |
| **II. A. 2.** Failure to complete training | X | X | | | |
| **III D.** Use affecting innocent bystanders | | X | X | | |
| **III E.** Restrictions | | X | X | | |
| **III. F.** Requirements After Deployment | | X | X | | |
| 505 **Use and Discharge of Firearms** | | | | | |
| **III. A.** Line of Duty | | | X | X | X |
| **III. B.** Endangering Public/Reckless Discharge | | | X | X | X |
| **III. C.** Moving Vehicles | | | X | X | X |
| **III. E.** Supervisor Responsibilities | | X | X | X | |
| **IV.** Warning Shots | | | | | X |
| **V.** Display of Firearm | | X | | | |
| **VI.** Reporting Discharge of Firearm | | X | X | | |
| 506 **Arrest Procedures** | | X | X | | |
| 507 **Search Procedures** | | X | X | X | X |
| 508 **Bias-Based Profiling** | | | X | X | X |
| 601 **Reports** | | | | | |
| **XI.** Failure to complete report | | X | X | X | X |
| **XI.** Fail to complete report in a timely manner | | X | X | X | X |
| **II.** Fail to obtain supervisor approval to complete late report | | X | X | X | X |
| **VIII.** Supervisor failure to review and approve reports in a timely manner | | X | X | X | X |
| 618 **Body-Worn Camera** | | | | | |
| **IV. A. 2.** BWC Responsibilities | | X | X | X | X |
| **IV. A. 3.** Removal, dismantle, or tampered with hardware or software of BWC | | X | X | X | X |
| **IV. A. 4.** Edit, alter, erase, copy, duplicate, distributed recordings | | | X | X | X |
| **IV. A. 6.** Copied or photographed images from BWC | | | | X | X |
| **IV. A. 7.** BWC video converted for personal use | | X | X | X | |
| **IV. C.** Supervisor Responsibilities | | X | X | X | |

*Continued on next page…*

| Department Manual categories skipped have not had recent previous discipline associated. | | Category | | | | |
|---|---|---|---|---|---|---|
| | | A | B | C | D | E |
| | **V. B.** Deactivation of BWC | | X | X | X | |
| | **VI.** Improper use of BWC | | X | X | | |
| 801 | **Operation of County Vehicles** | | X | X | X | |
| 803 | **Pursuits** | | | X | X | X |
| CJC-220 | **Inmate Observation** | | | | | |
| | **III. B.** Missed or late observation round | X | X | X | X | |
| | **III. B.** Missed or late observation round resulting in injury, death, or other consequence of neglect | | | | X | X |
| | **III. C. (11)** Intentionally falsifying observation round | | | | | X |

## Sanction Options by ADC

These levels are not considered formal discipline:

1. Training,
2. Verbal counseling,
3. Employee referrals,
4. Letters of reprimand, and
5. Documented counseling.

The levels below are considered formal discipline and are placed in the employee's personnel file:

1. Suspension,
2. Termination, and
3. Reduction in rank.

## Extra Employment Suspension

In addition to the above sanction options, violations which are directly or indirectly related to extra employment may result in suspension of such privileges. These cases include:

1. Working extra employment listed as unapproved,

2. Working extra employment after it has been denied by a supervisor,

3. If an allegation relating to unprofessional behavior is sustained against an employee for an incident which occurred during extra employment,

4. Repeatedly sleeping on duty, and

5. Abuse of sick time or excessive absenteeism.

   **NOTE**: Extra employment may also be suspended for any reason described in *Policy #244 – Extra Employment*.

## Multiple Violations

In cases where there are multiple policy violations within a single investigation, each with a different sanction, the ADC should only pick the discipline range from the highest category.

## Mitigating and Aggravating Factors

Mitigating factors include, but are not limited to;

- Tenure,
- Necessity,
- Unintentional,
- Mistake of facts,
- Ordered by supervisor,
- Employee new to the assignment,
- Efforts were made to correct the problem,
- Acts would not have come to light without self-report, and
- "Substitution Test" - Could this have happened to anyone else in the same situation?

Aggravating factors include, but are not limited to;

- Disciplinary history over the past five years,
- Delayed report or attempt to cover-up,
- High degree of operational impact,
- Uncooperative with investigation,
- Constitutional implications,
- High value or dollar loss,
- Personal motive,
- Intentional act,
- Repeated act,
- Conspiracy, and
- Deception.

## Probationary Employees

This matrix may not apply to new employees whose employment status is subject to their original probation period.