# EXHIBIT E

# CAUSE NO. 2023-83049

| | | |
|---|---|---|
| **IN THE MATTER** § | | **IN THE DISTRICT COURT OF** |
| § | | |
| **OF** § | | **HARRIS COUNTY, TEXAS** |
| § | | |
| **WILLIAM PERRY** § | | |
| *Appellant*, § | | **113th JUDICIAL DISTRICT** |

### Respondent Commission's Original Answer to
### Perry's Original Petition Appeal of the Decision of the Commission

Respondent Harris County Sheriff's Civil Service Commission ("Commission"), files its Original Answer to Appellant William Perry's ("Perry") Original Petition Appeal of the Decision of the Harris County Sheriff's Civil Service Commission ("Petition") in the case styled: In the Matter of William Perry, Termination and respectfully shows the Court:

## I.
## General Denial

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Commission generally denies the allegations contained in Perry's Petition and subsequent amendments. Commission demands strict proof by a preponderance of the evidence for all of Perry's allegations as required by the Constitution and the laws of the State of Texas.

## II.
## Document Authentication

Commission notifies Perry that it may use documents produced during discovery at any pre-trial hearing and the trial of this matter without the necessity of authenticating the document.

## III.
## Amendment

Commission reserves the right to amend its Answer after it has had an opportunity to

1

investigate Perry's claims further pursuant to the rules and the laws of the State of Texas.

## IV.
## Conclusion & Prayer

Respondent Harris County Sheriff's Civil Service Commission respectfully prays that Perry take nothing by this suit and for all other relief, in law or equity, which it is justly entitled.

          Respectfully submitted,

          **CHAMBERLAIN, HRDLICKA, WHITE**
          **WILLIAMS & AUGHTRY, P.C.**

By: *Diana Pérez Gomez*
          Diana Pérez Gomez
          State Bar No. 24041674
          Steven J. Knight
          State Bar No. 24012975
          Leslie T. Tan
          State Bar No. 24046998
          1200 Smith Street, Suite 1400
          Houston, Texas 77002
          Telephone: (713) 658-1818
          Facsimile: (713) 658-2553
          diana.gomez@chamberlainlaw.com
          steven.knight@chamberlainlaw.com
          leslie.tan@chamberlainlaw.com

          **ATTORNEYS FOR RESPONDENT**
          **HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION**

## Certificate of Service

On January 2, 2024, pursuant to Texas Rules of Civil Procedure 21 and 21a, this pleading was sent to:

David J. Batton
Robin McIlhenny Foster
3130 N. Fwy
Houston, Texas 77009
***Attorneys for William Perry***

          */s/ Diana Perez Gomez*
          Diana Pérez Gomez

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nora De La Garza on behalf of Diana Perez Gomez
Bar No. 24041674
nora.delagarza@chamberlainlaw.com
Envelope ID: 82981769
Filing Code Description: Answer/ Response / Waiver
Filing Description: Respondent Commission's Original Answer to Perry's Original Petition Appeal of Decision of Commission
Status as of 1/2/2024 9:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Leslie T.Tan | | leslie.tan@chamberlainlaw.com | 1/2/2024 9:13:37 AM | SENT |
| Diana PerezGomez | | Diana.Gomez@chamberlainlaw.com | 1/2/2024 9:13:37 AM | SENT |
| Steven Knight | | Steven.Knight@chamberlainlaw.com | 1/2/2024 9:13:37 AM | SENT |